IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-289-M

| | |
|---|---|
| NOREEN TUMUSIIME RUKWIRA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's unopposed motion to stay proceedings [DE-8] in this matter for 180 days. In its motion, defendant provides, in relevant part, that (i) "[t]he requested stay will allow U.S. Citizenship and Immigration Services [ ] to make a final adjudication on Plaintiff's pending Application for Asylum and Withholding of Removal (Form I-589)"; and (ii) "[t]he parties anticipate the adjudication will be completed within the period of the stay, at which time Plaintiff will subsequently take a voluntary dismissal of proceedings." [DE-8] at 1. Plaintiff consents to defendant's motion and agreed to the length of the requested stay of proceeding. *See Id* at 3. For good cause shown for the reasons stated in the motion, the unopposed motion to stay proceedings in this case is GRANTED.

IT IS THEREFORE ORDERED that all deadlines in this matter are STAYED until January 11, 2026. IT IS FURTHER ORDERED that no later than January 11, 2026, the parties shall file a joint status report advising the court of the parties' position(s) regarding further scheduling and discovery in this matter.

SO ORDERED, this 25th day of July, 2025.

_____
Brian S. Meyers
United States Magistrate Judge